1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 | Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3 | 101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4 | Telephone: (213) 252-8008
cm@SoCalEAG.com
5
Attorneys for Plaintiff, KORTTNEY ELLIOTT
6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | KORTTNEY ELLIOTT,

12 | Plaintiff, | **Case No.: 5:23-cv-02413-SSS (MAAx)**

13

14 | vs. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

15 | RISEN BAKERY AND GRILL

16 | CORP.; GABRIEL J. BOYADJIAN, AS TRUSTEE OF THE BOYADJIAN

17 | FAMILY TRUST; and DOES 1 to 10,

18 | Defendants.

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KORTTNEY ELLIOTT ("Plaintiff") and Defendant RISEN BAKERY AND GRILL CORP. and GABRIEL J. BOYADJIAN, AS TRUSTEE OF THE BOYADJIAN FAMILY TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED:  July 19, 2024        SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

Dated: July 19, 2024        THE VERA LAW GROUP

By: */s/ Ronald T. Vera*
      Ronald T. Vera
      Attorneys for Defendants

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 19, 2024              By: */s/ Jason J. Kim*
                                        Jason J. Kim